**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MOHAMMAD AHMAD GHULAM RABBANI, | Civ. No. 05-1607 (~~GK~~) |
| *Petitioner/Plaintiff,* | |
| v. | |
| BARACK H. OBAMA, et al., | |
| *Respondents/Defendants.* | |

## [~~PROPOSED~~] ORDER GRANTING
## MOTION FOR ADMISSION *PRO HAC VICE* OF SHELBY SULLIVAN-BENNIS

Upon consideration of the Motion for Admission *Pro Hac Vice* of Shelby

Sullivan-Bennis in the above-captioned matter and the Declaration of Shelby Sullivan-

Bennis in support thereof, it is this _25th_ day of _January_, 2016, hereby

**ORDERED**, that the Motion for Admission *Pro Hac Vice* of Shelby Sullivan-

Bennis is **GRANTED**; and it is,

**FURTHER ORDERED**, that Shelby Sullivan-Bennis is allowed to appear *pro*

*hac vice* in court proceedings in the above-captioned matter.

ROYCE C. LAMBERTH
U.S. District Judge